DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MOTOROLA SOLUTIONS, INC.,** and **DANIEL SANCHEZ,**
Appellants,

v.

**SIGNAL COMMUNICATIONS, LLC, ET AL.,**
Appellees.

No. 4D22-823

[November 23, 2022]

Appeal of non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jack B. Tuter, Judge; L.T. Case No. CACE21-10697.

Michael J. Dono and Elisha M. Sullivan of Hamilton, Miller & Birthisel, LLP, Miami, for appellants.

Dennis S. Klein of Kelly Kronenberg, Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

MAY, CONNER and FORST, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***